AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## Southern District for the of Florida

| | |
|---|---|
| Corry E Pearson | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Capital Community Bank, Inc. d/b/a CC Connect; Total Loan Services, LLC; TransUnion LLC, | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No. 9:25-cv-81414-WM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Capital Community Bank, Inc. d/b/a CC Connect
3280 North University Avenue
Provo, UT 84604

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Corry Pearson
4787 Orleans Ct., Apt D
West Palm Beach, FL 33415

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/3/2025

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
## Southern District of Florida

| | |
|---|---|
| Corry E Pearson | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| Plaintiff(s) | ) |
| v. | ) |
| Capital Community Bank, Inc. d/b/a CC Connect; | ) |
| Total Loan Services, LLC; | ) |
| TransUnion LLC, | ) |
| | ) |
| _____ | ) |
| Defendant(s) | ) |

Civil Action No. 9:25-cv-81414-WM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Total Loan Services, LLC
205 Sugar Camp Circle
Dayton, OH 45409


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Corry Pearson
4787 Orleans Ct., Apt D
West Palm Beach, FL 33415


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


CLERK OF COURT

Date: 12/3/2025

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
## Southern District of Florida

| | | |
|---|---|---|
| Corry E Pearson | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  9:25-cv-81414-WM |
| Capital Community Bank, Inc. d/b/a CC Connect; | ) | |
| Total Loan Services, LLC; | ) | |
| TransUnion LLC, | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TransUnion LLC
555 W. Adams Street
Chicago, IL 60661

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Corry Pearson
4787 Orleans Ct., Apt D
West Palm Beach, FL 33415

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  12/3/2025

_____
*Signature of Clerk or Deputy Clerk*